IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MTU AKILI,
    Petitioner,                                         Civil Action No. 7:12-cv-00456

v.                                                  ORDER

C. ZYCH,                                      By:   Hon. Michael F. Urbanski
    Respondent.                                    United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED** without prejudice and the case is **STRICKEN** from the active docket.

Entered:  October 15, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge